# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2017

156723 & (18)

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
*Justices*

FRANK LAWRENCE,
   Plaintiff-Appellant,

v

CAREN M. BURDI and EARL, EARL &
ROSE, PLLC,
   Defendants-Appellees,

and

HON. MICHAEL CHUPA,
   Appellee.

SC:  156723
COA:  340181
Macomb CC:  2014-001417-CZ

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 24, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   WILDER, J., did not participate because he was on the Court of Appeals panel at an earlier stage of the proceedings.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2017



Clerk

s1114